A. W. Duckworth et al., appellees, v. Jesse Tobey, trading as Tobey Grain Company, appellant. Gen. No. 7,430.
Suit to recover rent. Judgment for plaintiffs. Appeal from the County Court of Kankakee county; the Hon. John H. Gillan, Judge, presiding. Heard in this court at the October term, 1924. Affirmed. Opinion filed May 20, 1925.

L. B. Bratton and H. H. Whittemore, for appellant. C. M. Clay Buntain and T. R. Johnston, for appellees.

Mr. Justice Partlow delivered the opinion of the court.